UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

        Plaintiff,

-vs-

                                          Case No. 3:06-CR-176
                                          District Judge Thomas M. Rose

ROBERT HENRY,

        Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION FOR RELEASE ON BOND (DOC. #44)
AND ORDERING THE DEFENDANT RELEASED FROM JAIL**

---

On December 21, 2011, the Defendant appeared, with Counsel, for a initial hearing on revocation of his supervised release. The Defendant admitted to the violations as alleged by the U.S. Probation Office. The Court accepted the admission and found the Defendant had violated the conditions of his previously imposed supervised release. The Court then ordered the Defendant detained pending final disposition set for February 3, 2012 at 9:30 a.m.

Now before the Court is the Defendant's Motion for Release on Bond (doc. 44) filed on January 5, 2012. The Court finds the motion well taken, and IT IS THE ORDER OF THE COURT that the Defendant be released from custody immediately in the above captioned case. The conditions of supervised release as previously ordered in this case, shall remain in effect. The Defendant is further ORDERED to contact the U.S. Probation Department on Monday, January 9, 2012 by 10:00 a.m. or immediately upon release for further instructions.

**DONE** and **ORDERED** in Dayton, Ohio, this 6th day of January, 2012.

                                              THOMAS M. ROSE, JUDGE
                                              UNITED STATES DISTRICT COURT