UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                  Case No. 3:06-CR-176

                                        District Judge Thomas M. Rose

ROBERT HENRY,

        Defendant.

---

## JUDGEMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE

---

Pursuant to the record set forth in open Court on March 16, 2012, the Defendant appeared with Counsel for a final revocation hearing, after having previously appeared before the Court, and entered admissions to the alleged violations. The Court having previously found the Defendant had violated the conditions of his supervision, proceeded with sentencing. The Court ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of seven (7) months. The sentence is not to be followed by any period of supervised release.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense, and that the Defendant be incarcerated at a facility as close to his home in the Dayton, Ohio, area as possible consistent with his security status.

The Defendant was explained his rights of appeal and indicated an understanding of same.

The Defendant will be allowed to voluntarily self-surrender.

IT IS SO ORDERED.

Date: 3/16/12

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT